Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL III[1]

| | | |
|---|---|---|
| WILLIAM RIVAS COLÓN<br><br>Demandante Apelante<br><br>v.<br><br>ASOCIACIÓN DE RESIDENTES DE PASEO DEL PRADO, INC. Y OTROS<br><br>Demandada Apelada | KLAN202500382 | Apelación procedente del Tribunal de Primera Instancia, Sala Superior de Carolina<br><br>Caso Núm.:<br>CA2025CV00172<br>(Civil: 403)<br><br>Sobre:<br>*Injuction* (Entredicho Provisional, *Injunction* Preliminar y Permanente) y otros |

Panel integrado por su presidente, el Juez Candelaria Rosa, el Juez Salgado Schwarz y el Juez Monge Gómez.

Candelaria Rosa, Juez Ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 21 de mayo de 2025.

Atendida la *Moción Solicitando el Retiro del Presente Recurso al Amparo de la Regla 83 del Reglamento del Tribunal de Apelaciones*, ha lugar. Se da por desistido el recurso bajo la Regla 83(A) de nuestro reglamento.

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Mediante la Orden Administrativa DJ-2024-062C emitida el 6 de mayo de 2025 se designó al Hon. Carlos I. Candelaria Rosa, Presidente del Panel III, en sustitución del Hon. Félix R. Figueroa Cabán, quien se acogió al retiro el 5 de mayo de 2025.

Número Identificador

SEN2025 _____